## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                                 Case No.

    **Chikako Harris**

                       Debtor(s).       /

### CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **January 6, 2021**

                                                              /s/ Ellyn M. Lazar
                                                             Signature of Debtor's Attorney or Pro Per Debtor

Banana Republic/Syncb
P.O. Box 960017
Orlando, FL 32896-0017


Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Best Egg
Attn: Bankruptcy
1523 Concord Pike, Ste 201
Wilmington, DE 19803


Best Egg
P.O. Box 207865
Dallas, TX 75320-7865


Citizen One
P.O. Box 42124
Providence, RI 02940-2124


Hiroko Mizutani
1-25-2 Tomidahama Tokushima
Tokushima 770-0931
JAPAN


Mark Jones
731 Seminary St.
Napa, CA 94559

Michael Glen Harris
10 Highlander Drive
Fredericksburg, VA 22406


Multi-Color 401(k) Savings Plan
Fidelity Brokerage Services, LLC
900 Salem Street
Smithfield, RI 02917


Satoru Yokota
51-7 Kitatsukamoto Umayose Imaise-Cho
Ichinomiya Aichi 491-0051
JAPAN


Synchrony Bank/Banana Republic
Po Box 965005
Orlando, FL 32896


Wells Fargo Home Mortgage
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306


Wells Fargo Home Mortgage
P.O. Box 51120
Los Angeles, CA 90051-5420


Yountville Inclusionary Housing Program
Town of Yountville
6550 Yount Street
Yountville, CA 94599